**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Marcarious FAUGUES, Defendant–
Appellant.**

**No. 06–13560
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 25, 2007.

Kathleen M. Williams, Miami, FL, Robert N. Berube, Federal Public Defender, Robin J. Farnsworth, Ft. Lauderdale, FL, for Defendant–Appellant.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before TJOFLAT, HULL and COX, Circuit Judges.

PER CURIAM:

Robin Farnsworth, counsel for Marcarious Faugues, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386

U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Faugues's conviction and sentence are **AFFIRMED**.